**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **N. KEIRN LEHER II,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 4:03CV000953 JMM/JFF |
| | * | 4:03CV000954 |
| **BAILEY**, *et al.*, | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge John F. Forster, Jr. There have been no objections filed. After careful review of the Proposed Findings and Recommended Disposition, as well as a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part (docket entry #21). Plaintiff's retaliation claim against Defendant Stephens will proceed to trial. All remaining claims against all remaining Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 10th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE